FILED
07 JUN 28 PM 4: 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

Cathy Jean Peters
1211 Brutonville Road
Jacksonville, AL 36265

Vs                                    Ci·        CV-07-B-1226-E

The Hartford Life and Accident Insurance Co.
Benefit Management Services
Atlanta Disability Claim Office
P. O. Box 1810
Alpharetta, GA 30023-1810

And, also,

Wal*Mart
702 S. W. 8th St.
Bentonville, Arkansans 72716

## COMPLAINT

**Comes now, Cathy Jean Peters,** in the above styled case, complains on grounds of Title 29, Chapter 18, Section 1132 of the United States Code, and states the following, to wit:

1. Short and Long Term Disability premiums were deducted from my earnings at Wal-Mart.

2. Leave of Absences was submitted to Wal-Mart beginning continuous leave from August 6, 2006.

3. As of this day, disability benefits have not been paid.

4. Cathy Jean Peters prays for relief.

Respectfully submitted this 28th day of June, 2007.

Cathy Jean Peters
1211 Brutonville Road
Jacksonville, AL 36265
Telephone–(256)820-9610

State of Alabama   *

Calhoun County   *

## AFFIDAVIT

In the year of Our Lord and Saviour Jesus Christ One thousand nine hundred fifty-one, I, Cathy Jean Peters, was born in Calhoun County, State of Alabama these United States of America to Mother, Catherine Louise Peters (March 17, 1930 – April 23, 2005) and father, James Arthur Blackmon (April 7, 1927 – July 24, 2006).

In April, 1988, I, Cathy Jean Peters, aka Cathy J. Peters hereafter referred to as affiancer, became an associate of Wal-Mart Discount Stores, Inc., Bentonville, Arkansas at Store 300 – Jacksonville, Alabama.

On October 9, 2004, affiancer attended a health fair sponsored by Jacksonville Medical Center, Jacksonville, Alabama being instructed to monitor bone density.

Affiancer was removed from Wal-Mart work schedule on December 25, 2004.

December 2004, affiancer purchased glasses prescribed by East Alabama Eye Clinic, 1029 Christine Avenue, Anniston, AL 36201 on June 16, 2004.

April 2005, affiancer began to work full-time hours at the Wal-Mart Supercenter – Jacksonville, Alabama in Division One.

Affiancer began to work overnight receiving in the Grocery Department on May 9, 2005 with working hours from 10:00 p.m. until 7:00 a.m.

Northeast Alabama Regional Medical Center diagnosed Acute Hypertension on October 7, 2005.

Affiancer went to Anthony J. Fava, M.D., 1425 Greenbrier – Dear Road, Anniston, Alabama 36207 sneezing, running noses, coughing, etc. on November 14, 2005.

Affiancer was diagnosed with GERD on April 12, 2006 at Anniston Family Practice, 400 East 8th Street, Anniston, Alabama 36202.

Jonathan Welch, Store Manager, informed affiancer that only position available for affiancer was on Grocery Inventory Control team in April, 2006 with working hours from 11:00 a.m. until 8:00 p.m.

October 13, 2006, affiancer submitted Leave of absences signed by physicians, Michael Herndon, D.O., Alexandria

Medical Clinic and Kent C. Keys, M.D., East Alabama Eye Clinic, and approved by Jonathan Welch, Store Manager, to Wal-Mart dating continuous leave beginning August 6, 2006.

Under penalty of perjury, I, Cathy Jean Peters, do affirm foregoing statement on this 28th day of June, 2007.

*Cathy Jean Peters*
Cathy Jean Peters
1211 Brutonville Road
Jacksonville, AL 36265
Telephone (256) 820-9610

State of Alabama )
Calhoun County )

I, The undersigned, in and for said State and County, hereby certify that Cathy Jean Peters whose name is signed to the foregoing affidavit and who is known to me, acknowledged before me on this day, that being informed of the contents do executed the same voluntarily, on the day the same bears date.

Given under my hand and seal on the 28th day of June, 2007.

My commission expires 3/15/2011